ADAMS v. TESSENER

No. 3PA01

Case below: 141 N.C. App. 64

Motion by plaintiffs for temporary stay allowed 18 January 2001. Petition by plaintiffs for writ of supersedeas allowed 1 February 2001. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 1 February 2001.

ALVARNAS v. ENTWISTLE

No. 507P00

Case below: 140 N.C. App. 385

Petition by defendants (Cabarrus Memorial Hospital, Cabarrus Memorial Hospital, d/b/a/ Kannapolis Internal Medicine and Kannapolis Internal Medicine) for discretionary review pursuant to G.S. 7A-31 denied 17 January 2001. Motion by defendants (Cabarrus Memorial Hospital, Cabarrus Memorial Hospital d/b/a Kannapolis Internal Medicine and Kannapolis Internal Medicine) to withdraw petition for discretionary review dismissed as moot 29 January 2001.

AUSTIN v. CONTINENTAL GEN. TIRE

No. 73A01

Case below: 141 N.C. App. 397

Motion by plaintiff to dismiss the appeal for lack of substantial constitutional question allowed 5 April 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 5 April 2001.

BEN JOHNSON HOMES, INC. v. BERRYHILL

No. 147P01

Case below: 142 N.C. App. 212

Motion by defendants to dismiss the appeal for lack of substantial constitutional question allowed 5 April 2001. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 5 April 2001.